**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cork Capital LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 85-3974533 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8810 Boggy Creek Road Suite 100 Orlando, FL 32824** | **2428 Varenna Loop Kissimmee, FL 34741** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **Cork Capital LLC**

Name                                                                    Case number (*if known*)

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5182_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor    **Cork Capital LLC**                                     Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Cork Capital LLC**                                                      Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Cork Capital LLC**                                          Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2025**
               MM / DD / YYYY

**X** **/s/ Trina Ruiz**                                    **Trina Ruiz**
      Signature of authorized representative of debtor       Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                    Date **January 21, 2025**
      Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**      Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     __Cork Capital LLC__

United States Bankruptcy Court for the:     __MIDDLE DISTRICT OF FLORIDA__

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __January 21, 2025__          X _/s/ Trina Ruiz_
                                              Signature of individual signing on behalf of debtor

                                              __Trina Ruiz__
                                              Printed name

                                              __Manager__
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Cork Capital LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bottega Sirvino LLC 313 Plantation Circle Ponte Vedra Beach, FL 32082** | | | | $45,007.54 | $0.00 | $45,007.54 |
| **Chateau Diana Winery 6195 Dry Creek Road Healdsburg, CA 95448** | | trade debt | | | | $22,176.00 |
| **Crescendo Wines, Inc. 819 University Blvd. # 304 Jupiter, FL 33458** | | trade debt | | | | $48,446.72 |
| **Croce de Mezzo c/o Valentino 14 12043 Canale CN Italy** | | trade debt | | | | $46,505.29 |
| **Dynamic Investment 3093 Herb Garden Drive Frederick, MD 21704** | | loan | | | | $275,000.00 |
| **Elenteny Imports 285 W Broadway #500 New York, NY 10013** | | judgment | | | | $43,060.69 |
| **Eleven Eleven 620 Trancas Street Napa, CA 94558** | | trade debt | | | | $21,168.00 |
| **Famiglia Bruno c/o Valentino 14 12043 Canale CN, Italy** | | trade debt | | | | $41,227.72 |

| Debtor | **Cork Capital LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Generations of Sonoma LLC c/o Francine Landau, Esquire 3832 Baymeadows Road Suite 10, #149 Jacksonville, FL 32217 | | trade debt | | | | $36,624.00 |
| Harold Cordner 12635 Highway A1A Vero Beach, FL 32963 | | loan | | | | $54,000.00 |
| Icon Wines, Inc. d/b/a Hesperian Wines 4411 Redwood Road Napa, CA 94558 | | breach of contract - trade debt | | | | $64,611.84 |
| Internal Revenue Service 400 W. Bay Street Suite 35045 Stop 5730 Jacksonville, FL 32202 | | payroll tax | | | | $25,980.00 |
| Kachina Cellars 1700 Social Avenue Suite 28 Napa, CA 94558 | | trade debt | | | | $60,103.52 |
| L.D. Vins 4 a 8 quai de Brazza Bordeaux 33100, France | | trade debt | | | | $72,288.14 |
| Perrymoore Wine Inc. 405 Brook Road Richmond, VA 23220 | | trade debt | Disputed | | | $88,977.00 |
| Prologis 300 S. Orange Avenue Suite 1110 Orlando, FL 32801 | | back rent | | | | $25,980.00 |
| Stellantis 3065 Akers Mill Road Suite 700 Atlanta, GA 30339 | | 2023 Ram Promaster Extended Vin #: 3C6MRVJG1PE582389 | | $65,135.00 | $36,810.00 | $28,325.00 |

Debtor   **Cork Capital LLC**
Name
                                                      Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tita Italian Import & Export 1410 NW 23rd Street Miami, FL 33142-7624** | | **trade debt** | | | | **$20,078.48** |
| **Vinosia Cantina C. da Nocelleto Paternopoli (AV) 83052 Italy** | | **trade debt** | | | | **$61,214.55** |
| **Wine Bully 17001 Alico Commerce Court Suite 404 Fort Myers, FL 33967** | | **trade debt** | | | | **$54,431.26** |

**Fill in this information to identify the case:**

Debtor name          **Cork Capital LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.     ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*................................................................................................     $ _____**0.00**

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................................     $ _____**312,267.39**

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*................................................................................................     $ _____**312,267.39**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.     ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................     $ _____**197,465.54**

3.     ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................     $ _____**25,980.00**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................     +$ _**1,195,786.30**

4.     **Total liabilities** .................................................................................................................
  Lines 2 + 3a + 3b

  $ _____**1,419,231.84**

**Fill in this information to identify the case:**

Debtor name  **Cork Capital LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, NA** | **Checking** | **6532** | **$2.36** |
| 3.2. | **Wells Fargo Bank, NA** | **Checking** | **6557** | **$37.89** |
| 3.3. | **Wells Fargo Bank, NA** | **Checking** | **2502** | **$21,343.64** |
| 3.4. | **Intuit Quickbooks** | **Checking** | **1885** | **$2,306.51** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$24,690.40** |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Debtor    **Cork Capital LLC**_____    Case number *(If known)* _____
          Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

    7.1.   **Prologis $17,369.00**_____            **$0.00**

    7.2.   **Orlando Utility Company $1,060.00**_____            **$0.00**

    7.3.   **Yes Leasing $3,000.00**_____            **$0.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                               **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:       **46,074.99**   -   **0.00**  = ....       **$46,074.99**
                                 face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                             **$46,074.99**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |

Debtor    **Cork Capital LLC**                                Case number *(If known)* _____
          Name

| 21. | **Finished goods, including goods held for resale** | | | | |
| | product inventory | 1/10/2025 | $0.00 | Liquidation | $100,000.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                            $100,000.00
       Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| desks, filing cabinet, fridge | $0.00 | | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computers, binding machine, ipads | $0.00 | | $8,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                            $18,000.00
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

Debtor **Cork Capital LLC** _____  Case number *(If known)* _____
Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Clark Picker osx15-0611-9798KF** | $0.00 | | $20,000.00 |
| 47.2. **2022 Ram Promaster**<br>**Vin #: 3C6RMVXG5NE100950** | $0.00 | | $25,740.00 |
| 47.3. **2023 Ram Promaster Extended**<br>**Vin #: 3C6MRVJG1PE582389** | $0.00 | | $36,810.00 |
| 47.4. **2023 Ram Promaster City**<br>**Vin #: ZFBHRFAB8N6Y04338** | $0.00 | | $25,952.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**
**2014 Toyota Forklift s/n: 7FBCU15**     $0.00     $15,000.00

51. **Total of Part 8.**

| | |
|---|---|
| | $123,502.00 |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor      **Cork Capital LLC**                                            Case number *(If known)*
            Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **commercial lease (warehouse & office): 8810 Boggy Creek Road, Suite 100, Orlando, FL 32824** | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**                                                                                      $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**Manufacturers/Distributors Lic. #: WSL5808896KLD** | $0.00 | | $0.00 |
| **Brand Registrant Lic. #: 811194RGST** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                      $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

Debtor    **Cork Capital LLC**                                    Case number *(If known)* _____
_____
Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **NOL** | Tax year **2023** | **Unknown** |
|---|---|---|

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | **$0.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Cork Capital LLC**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,690.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,074.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $123,502.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $312,267.39 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $312,267.39 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Cork Capital LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1   All World Lift Truck Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2014 Toyota Forklift s/n: 7FBCU15**

Amount of claim: **$3,480.00**   Value of collateral: **$15,000.00**

**541 Johns Road**
**Apopka, FL 32703**
Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/4/2022**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2   Ally Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**2023 Ram Promaster City**
**Vin #: ZFBHRFAB8N6Y04338**

Amount of claim: **$40,214.00**   Value of collateral: **$25,952.00**

**PO Box 9001951**
**Louisville, KY 40290**
Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/27/2023**
Last 4 digits of account number
**9543**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor   **Cork Capital LLC**
_____
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bottega Sirvino LLC** | | Describe debtor's property that is subject to a lien | $45,007.54 | $0.00 |

Creditor's Name

**313 Plantation Circle**
**Ponte Vedra Beach, FL**
**32082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/8/2024**
**Last 4 digits of account number**
**2481**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Chrysler Capital** | | Describe debtor's property that is subject to a lien | $20,133.00 | $25,740.00 |

Creditor's Name
**2022 Ram Promaster**
**Vin #: 3C6RMVXG5NE100950**

**PO Box 660335**
**Dallas, TX 75266-0335**
Creditor's mailing address

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**1/2022**
**Last 4 digits of account number**
**8549**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Stellantis** | | Describe debtor's property that is subject to a lien | $65,135.00 | $36,810.00 |

Creditor's Name
**2023 Ram Promaster Extended**
**Vin #: 3C6MRVJG1PE582389**

**3065 Akers Mill Road**
**Suite 700**
**Atlanta, GA 30339**
Creditor's mailing address

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No

---

Debtor **Cork Capital LLC**                                    Case number (if known) _____
        Name

Creditor's email address, if known          ☐ Yes
_____             **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No
**9/25/2023**
**Last 4 digits of account number**         ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**0001**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Yes Leasing** | **Describe debtor's property that is subject to a lien** | $23,496.00 | $20,000.00 |

Creditor's Name                             **2016 Clark Picker osx15-0611-9798KF**

**278 NW 37th Street**
**2nd Floor**
**Miami, FL 33127**
Creditor's mailing address                  **Describe the lien**

                                            **equipment finance agreement**
                                            **Is the creditor an insider or related party?**
                                            ☑ No
                                            ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☑ No
**11/10/2023**
**Last 4 digits of account number**         ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$197,465.54** |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advantage Leasing**<br>**13400 Bishop's Lane**<br>**Suite 280**<br>**Brookfield, WI 53005** | Line __2.1__ | |
| **North Shore Bank, FSB**<br>**15700 Bluemound Road**<br>**Brookfield, WI 53005** | Line __2.1__ | |
| **Yes Leasing**<br>**c/o George A. Riemer, Esq.**<br>**7931 SW 110th Terrace**<br>**Miami, FL 33156-4546** | Line __2.6__ | |

**Fill in this information to identify the case:**

Debtor name   **Cork Capital LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,980.00 | $25,980.00 |

**2.1**   Priority creditor's name and mailing address
**Internal Revenue Service**
**400 W. Bay Street**
**Suite 35045**
**Stop 5730**
**Jacksonville, FL 32202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll tax**

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address
**ADL Transport**
**PO Box 1487**
**Thonotosassa, FL 33592**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **freight cost**

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: **$15,090.68**

**3.2**   Nonpriority creditor's name and mailing address
**Chateau Diana Winery**
**6195 Dry Creek Road**
**Healdsburg, CA 95448**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: **$22,176.00**

Debtor   **Cork Capital LLC**
_____   Case number (if known) _____
Name

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,609.88** |

**Collis Heritage**
**c/o Casette 4**
**Negrar di Valpolicella**
**37024 Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,446.72** |

**Crescendo Wines, Inc.**
**819 University Blvd.**
**# 304**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2024

**Basis for the claim:  trade debt**

Last 4 digits of account number  C006

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,505.29** |

**Croce de Mezzo**
**c/o Valentino**
**14 12043 Canale CN Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,886.00** |

**DeSante**
**PO Box 1027**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,626.00** |

**Dinsmore Legal**
**255 East Fifth Street**
**Suite 1900**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275,000.00** |

**Dynamic Investment**
**3093 Herb Garden Drive**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,060.69** |

**Elenteny Imports**
**285 W Broadway #500**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cork Capital LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,168.00 |
|---|---|---|---|

**Eleven Eleven**
**620 Trancas Street**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,227.72 |
|---|---|---|---|

**Famiglia Bruno**
**c/o Valentino 14 12043**
**Canale CN, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**Florida Beauty**
**PO Box 528042**
**Miami, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **freight cost**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,624.00 |
|---|---|---|---|

**Generations of Sonoma LLC**
**c/o Francine Landau, Esquire**
**3832 Baymeadows Road**
**Suite 10, #149**
**Jacksonville, FL 32217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,970.84 |
|---|---|---|---|

**Grape Expectations**
**1085 Essex Avenue**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |
|---|---|---|---|

**Harold Cordner**
**12635 Highway A1A**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,611.84 |
|---|---|---|---|

**Icon Wines, Inc.**
**d/b/a Hesperian Wines**
**4411 Redwood Road**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **breach of contract - trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cork Capital LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,103.52**

Kachina Cellars
1700 Social Avenue
Suite 28
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,904.00**

Kanpai Wines
221 Devlin Road
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,288.14**

L.D. Vins
4 a 8 quai de Brazza
Bordeaux 33100, France

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,720.00**

Laura Saini
2507 Dry Creek Road
Healdsburg, CA 95448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,040.00**

McCall Winery
22600 Main Road
Cutchogue, NY 11935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,977.00**

Perrymoore Wine Inc.
405 Brook Road
Richmond, VA 23220

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,704.00**

Phamily Wines
677 Hanna Drive
Suite A
American Canyon, CA 94503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cork Capital LLC**
_____
Name

Case number (if known) _____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,980.00 |
|---|---|---|---|

**Prologis**
300 S. Orange Avenue
Suite 1110
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **back rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,168.92 |
|---|---|---|---|

**Santini Imports LLC**
41 Flintrock Drive
York, ME 03909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,151.54 |
|---|---|---|---|

**Terroirs Export
USA Wine West
Terroirs Export**
3030 Brideway Suite 127, S

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,078.48 |
|---|---|---|---|

**Tita Italian Import & Export**
1410 NW 23rd Street
Miami, FL 33142-7624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,214.55 |
|---|---|---|---|

**Vinosia**
Cantina C. da Nocelleto
Paternopoli (AV)
83052 Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,431.26 |
|---|---|---|---|

**Wine Bully**
17001 Alico Commerce Court
Suite 404
Fort Myers, FL 33967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,094.22 |
|---|---|---|---|

**Wine Collection Holding, LLC**
6940 NW 50th Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cork Capital LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,277.01 |
|---|---|---|---|
| | **Wolf Spirits** **2752 Halsey Road** **Topanga, CA 90290** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Crescendo Wines, Inc.** **c/o Giuliano Law P.A.** **121 S. Orange Avenue** **Suite 1500** **Orlando, FL 32801** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Generations of Sonoma LLC** **21481 8th Street** **Suite 3** **Sonoma, CA 95476** | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Icon Wines, Inc** **c/o Brito, PLLC** **Attn.: Alejandro Brito, Esq** **2121 Ponce de Leon, # 650** **Miami, FL 33134** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Icon Wines, Inc. d/b/a** **Hesperian Wines** **c/o W. Scott Gabrielson, Esq** **225 East Robinson St, #600** **Orlando, FL 32801** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Pennymoore Wine Inc.** **c/o Thomas J. Maccari, Esq** **7700 Congress Avenue** **Suite 1134** **Boca Raton, FL 33487** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.6 | **PerryMoore Wines** **236 Fairview Road** **Glencoe, IL 60022** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Prologis** **1800 Wazee Street** **Suite 500** **Denver, CO 80202** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.8 | **Wells Fargo Bank, NA** **420 Montgomery Street** **San Francisco, CA 94104** | Line **3.4** ☐ Not listed. Explain ____ | **2502** |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    **Cork Capital LLC**
         Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1**      5a. | $      25,980.00 |
| **5b. Total claims from Part 2**    5b.   + | $      1,195,786.30 |
| **5c. Total of Parts 1 and 2**      5c. | $      1,221,766.30 |
| Lines 5a + 5b = 5c. | |

**Fill in this information to identify the case:**

Debtor name          **Cork Capital LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease located at 8810 Boggy Creek Road, Suite 100, Orlando, FL 32824 Lease Ends: 6/30/2028** | |
|---|---|---|---|
| | State the term remaining | **41 months & 9 days** | **Prologis 300 S. Orange Avenue Suite 1110 Orlando, FL 32801** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name **Cork Capital LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Eric Ruiz** | **2428 Varenna Loop**<br>**Kissimmee, FL 34741** | **Icon Wines, Inc.** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Cork Capital LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $58,844.00 |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $1,382,123.00 |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $989,095.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Cork Capital LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Prologis**<br>**300 S. Orange Avenue**<br>**Suite 1110**<br>**Orlando, FL 32801** | 12/16/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __rent__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Eric Ruiz**<br>**2428 Varenna Loop**<br>**Kissimmee, FL 34741-7998** | **January 2024 - January 2025** | **$120,769.24** | **wages** |
| 4.2. **Trina Ruiz**<br>**2428 Varenna Loop**<br>**Kissimmee, FL 34741-7998** | **January 2024 - January 2025** | **$127,011.04** | **wages**<br>**health insurance beneits** |
| 4.3. **Mia Ruiz**<br>**2428 Varenna Loop**<br>**Kissimmee, FL 34741-7998** | **January 2024 - January 2025** | **$4,841.85** | **wages** |
| 4.4. **Wessley Ruiz**<br>**9519 Lupine Avenue**<br>**Orlando, FL 32824** | **January 2024 - January 2025** | **$63,461.47** | **wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Cork Capital LLC**                                                     Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DCT Boggy Creek FL LP**<br>**vs.**<br>**Cork Capital LLC**<br>**48-2025-CC-000071** | **CC - Non Residential Eviction** | **Orange County Circuit Co. - Civil**<br>**425 N. Orange Avenue # 550**<br>**Orlando, FL 32802** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Generations of Sonoma LLC**<br>**vs.**<br>**Cork Capital LLC**<br>**48-2024-CC-024063** | **CC - County Civil $30,001 - $50,000** | **Orange County Circuit Co.**<br>**425 N. Orange Avenue # 550**<br>**Orlando, FL 32802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Crescendo Wines Inc, Plaintiff**<br>**vs.**<br>**Cork Capital LLC, Defendant &**<br>**Wells Fargo Bank, NA, Garnishee**<br>**48-2024-CC-019399** | **CC - County Civil $30,001 - $50,000** | **Orange County Circuit Co.**<br>**425 N. Orange Avenue # 550**<br>**Orlando, FL 32802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Perrymoore Wine Inc**<br>**vs.**<br>**Cork Capital LLC**<br>**48-2024-CA-011486** | **CA - Breach of Agreement/Contract** | **Orange County Circuit Co.**<br>**425 N. Orange Avenue # 550**<br>**Orlando, FL 32802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Icon Wines Inc - dba Hesperian Wines**<br>**vs**<br>**Cork Capital LLC**<br>**Eric Ruiz**<br>**48-2024-CA-002359** | **CA - Breach of Agreement/Contract** | **Orange County Circuit Co.**<br>**425 N. Orange Avenue # 550**<br>**Orlando, FL 32802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bottega Sirvino LLC**<br>**vs.**<br>**Cork Capital LLC**<br>**Eric Ruiz**<br>**55-2024-CC-004561** | **County Civil $30,001 - $50,000** | **St. Johns County Clerk of the Court**<br>**4010 Lewis Speedway**<br>**Orlando, FL 32804** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Wine Collection Holding LLC**<br>**vs**<br>**Cork Capital LLC**<br>**2024-CA-016917** | | **Miami-Dade County Circuit Court**<br>**73 W Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Elenteny Imports**<br>**vs.**<br>**Cork Capital LLC**<br>**2024-CC-00364** | **final judgment** | **Osceola County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | Cork Capital LLC | | Case number *(if known)* | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC** **1501 E. Concord Street** **Orlando, FL 32803** | **Attorney Fees** | **1/16/2025** | **$16,262.00** |
| | Email or website address **jeff@bransonlaw.com** | | | |
| | Who made the payment, if not debtor? **Josif Atanasoski Ormond** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

### Part 7: Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Cork Capital LLC**                                    Case number *(if known)*

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1413 Hamlin Avenue Suite 7 Saint Cloud, FL 34771** | **5/2020 - 5/2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Cork Capital LLC | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor    **Cork Capital LLC**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Shapiro, CPA**<br>**30 Technology Drive**<br>**Suite 1E**<br>**Warren, NJ 07059** | **4/2024 - current** |
| 26a.2. | **Exum LLC**<br>**4300 W Lake Mary**<br>**Suite 1010-261**<br>**Lake Mary, FL 32746** | **1/2021 - 4/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eric Ruiz** | **2428 Varenna Loop**<br>**Kissimmee, FL 34741** | **Managing Memeber** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Trina Ruiz** | **2428 Varenna Loop**<br>**Kissimmee, FL 34741** | **Managing Member** | **50** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Cork Capital LLC**                                    Case number *(if known)*

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Eric Ruiz**<br>**2428 Varenna Loop**<br>**Kissimmee, FL 34741** | **$20,769.24** | **January 2024 - January 2025** | **services provided** |
|  | **Relationship to debtor** |  |  |  |
| 30.2. | **Trina Ruiz**<br>**2428 Varenna Loop**<br>**Kissimmee, FL 34741** | **$127,011.04** | **January 2024 - January 2025** | **services provided & health insurance benefits** |
|  | **Relationship to debtor** |  |  |  |
| 30.3. | **Mia Ruiz** | **$4,841.85** | **January 2024 - January 2025** | **services provided** |
|  | **Relationship to debtor** |  |  |  |
| 30.4. | **Wessley Ruiz**<br>**9519 Lupine Avenue**<br>**Orlando, FL 32824** | **$63,461.47** | **January 2024 - January 2025** | **services provided** |
|  | **Relationship to debtor** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Cork Capital LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 21, 2025**

| **/s/ Trina Ruiz** | **Trina Ruiz** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor  **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re   **Cork Capital LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 21, 2025**

Signature   **/s/ Trina Ruiz**

**Trina Ruiz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re **Cork Capital LLC** _____  Case No. _____
                                          Debtor(s)              Chapter **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 21, 2025** _____    **/s/ Trina Ruiz** _____
                                                    **Trina Ruiz/Manager**
                                                    Signer/Title

Cork Capital LLC
2428 Varenna Loop
Kissimmee, FL 34741

Collis Heritage
c/o Casette 4
Negrar di Valpolicella
37024 Italy

Eric Ruiz
2428 Varenna Loop
Kissimmee, FL 34741

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Crescendo Wines, Inc.
819 University Blvd.
# 304
Jupiter, FL 33458

Famiglia Bruno
c/o Valentino 14 12043
Canale CN, Italy

ADL Transport
PO Box 1487
Thonotosassa, FL 33592

Crescendo Wines, Inc.
c/o Giuliano Law P.A.
121 S. Orange Avenue
Suite 1500
Orlando, FL 32801

Florida Beauty
PO Box 528042
Miami, FL 33152

Advantage Leasing
13400 Bishop's Lane
Suite 280
Brookfield, WI 53005

Croce de Mezzo
c/o Valentino
14 12043 Canale CN Italy

Generations of Sonoma LLC
c/o Francine Landau, Esquire
3832 Baymeadows Road
Suite 10, #149
Jacksonville, FL 32217

All World Lift Truck Company
541 Johns Road
Apopka, FL 32703

DeSante
PO Box 1027
Saint Helena, CA 94574

Generations of Sonoma LLC
21481 8th Street
Suite 3
Sonoma, CA 95476

Ally Bank
PO Box 9001951
Louisville, KY 40290

Dinsmore Legal
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Grape Expectations
1085 Essex Avenue
Richmond, CA 94801

Bottega Sirvino LLC
313 Plantation Circle
Ponte Vedra Beach, FL 32082

Dynamic Investment
3093 Herb Garden Drive
Frederick, MD 21704

Harold Cordner
12635 Highway A1A
Vero Beach, FL 32963

Chateau Diana Winery
6195 Dry Creek Road
Healdsburg, CA 95448

Elenteny Imports
285 W Broadway #500
New York, NY 10013

Icon Wines, Inc
c/o Brito, PLLC
Attn.: Alejandro Brito, Esq
2121 Ponce de Leon, # 650
Miami, FL 33134

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Eleven Eleven
620 Trancas Street
Napa, CA 94558

Icon Wines, Inc.
d/b/a Hesperian Wines
4411 Redwood Road
Napa, CA 94558

Icon Wines, Inc. d/b/a
Hesperian Wines
c/o W. Scott Gabrielson, Esq
225 East Robinson St, #600
Orlando, FL 32801

Internal Revenue Service
400 W. Bay Street
Suite 35045
Stop 5730
Jacksonville, FL 32202

Kachina Cellars
1700 Social Avenue
Suite 28
Napa, CA 94558

Kanpai Wines
221 Devlin Road
Napa, CA 94558

L.D. Vins
4 a 8 quai de Brazza
Bordeaux 33100, France

Laura Saini
2507 Dry Creek Road
Healdsburg, CA 95448

McCall Winery
22600 Main Road
Cutchogue, NY 11935

North Shore Bank, FSB
15700 Bluemound Road
Brookfield, WI 53005

Pennymoore Wine Inc.
c/o Thomas J. Maccari, Esq
7700 Congress Avenue
Suite 1134
Boca Raton, FL 33487

Perrymoore Wine Inc.
405 Brook Road
Richmond, VA 23220

PerryMoore Wines
236 Fairview Road
Glencoe, IL 60022

Phamily Wines
677 Hanna Drive
Suite A
American Canyon, CA 94503

Prologis
300 S. Orange Avenue
Suite 1110
Orlando, FL 32801

Prologis
1800 Wazee Street
Suite 500
Denver, CO 80202

Santini Imports LLC
41 Flintrock Drive
York, ME 03909

Stellantis
3065 Akers Mill Road
Suite 700
Atlanta, GA 30339

Terroirs Export
USA Wine West
Terriors Export
3030 Brideway Suite 127, S

Tita Italian Import & Export
1410 NW 23rd Street
Miami, FL 33142-7624

Vinosia
Cantina C. da Nocelleto
Paternopoli (AV)
83052 Italy

Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104

Wine Bully
17001 Alico Commerce Court
Suite 404
Fort Myers, FL 33967

Wine Collection Holding, LLC
6940 NW 50th Street
Miami, FL 33166

Wolf Spirits
2752 Halsey Road
Topanga, CA 90290

Yes Leasing
278 NW 37th Street
2nd Floor
Miami, FL 33127

Yes Leasing
c/o George A. Riemer, Esq.
7931 SW 110th Terrace
Miami, FL 33156-4546